UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LACHMAN CONSULTANT SERVICES, INC.,

        Plaintiff,

  -against-

PHARMASOL CORPORATION,

        Defendant.
-------------------------------------------------------------------X

Case No.: 20-CV-00099 (DLI) (SMG)

**JOINT STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL**

      Plaintiff, LACHMAN CONSULTANT SERVICES, INC., and Defendant, PHARMASOL CORPORATION, hereby submit this Joint Stipulation of Settlement and Order of Dismissal and announce to the Court that the parties have confidentially compromised and settled all disputes by and between the parties and request that this matter be dismissed with prejudice, without costs to either party, and waiving all rights to appeal.

Date: October 15, 2021

| **CUDDY & FEDER LLP** | **MURPHY & KING, P.C.** |
|---|---|
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| S:/*Brendan Goodhouse* | S:/*Shawn Lu* |
| By: Brendan Goodhouse | By: Shawn Lu, Esq. |
| 445 Hamilton Avenue, 14th Floor | 28 State Street, Suite 3101 |
| White Plains, New York 10601 | Boston, MA 02109 |
| Tel.: (914) 761-1300 | Tel.: (617) 434-0400 |
| bgoodhouse@cuddyfeder.com | cbennett@murphyking.com |

SO ORDERED:

_____October 17, 2021\_\_, 2021

*/s/ Sanket J. Bulsara*
United States Magistrate Judge

4981169.v2